COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Guadalupe Henry Zambrano v. The State of Texas

Appellate case number:   01-16-00352-CR

Trial court case number:  1461905

Trial court:             232nd District Court of Harris County

On January 9, 2017, appellant's court-appointed counsel filed a brief concluding that the above-referenced appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). Counsel did not, however, filed a motion to withdraw from representation. On January 26, 2017, we ordered appointed counsel, J. Sidney Crowley, to file with the Clerk of this Court a motion to withdraw no later than February 7, 2017. *See* TEX. R. APP. P. 6.5, 9. To date, counsel has not filed a motion to withdraw.

If appointed counsel believes that an appeal is frivolous, counsel must request permission to withdraw. *See Anders*, 386 U.S. at 744, 87 S. Ct. at 1400. An *Anders* brief must accompany a motion to withdraw; neither the brief nor the motion may be filed on its own. *See id.*; *In re Schulman*, 252 S.W.3d 403, 406–08 (Tex. Crim. App. 2008).

**Accordingly, we order appellant's appointed counsel, J. Sidney Crowley, to file with the Clerk of this Court within 10 days of the date of this order a motion to withdraw that complies with Texas Rules of Appellate Procedure 6.5, 9, and 10.1. *See* TEX. R. APP. P. 6.5, 9, 10.1; *Schulman*, 252 S.W.3d at 410, 412.**

It is so ORDERED.


Judge's signature: /s/ Russell Lloyd
                   ☒  Acting individually


Date: April 13, 2017